Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−24704−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David A. Ruggiero
   43 Conforti Avenue, Unit 5
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−8723

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/4/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 4, 2018
JAN: zlh

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 18-24704-JKS
David A. Ruggiero                                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Oct 04, 2018
                            Form ID: 148             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.
```
db         +David A. Ruggiero,    43 Conforti Avenue, Unit 5,    West Orange, NJ 07052-2823
cr         +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
             Colorado Springs, CO 80962-2180
517681982  +Crestmont Gardens Condominium,    238 Union Blvd.,    Totowa, NJ 07512-2609
517659599  +Ditech Financial. LLC,    3000 Bayport Drive, Suite 880,    Tampa, FL 33607-8409
517681984  +First National Bank of Omaha,    PO Box 2557,    Omaha, NE 68103-2557
517659601  +KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
517681988  +PNC Bank,   1 Financial Pkway,    Kalamazoo, MI 49009-8002
517681990  +Township of West Orange Sewer Department,    66 Main Street,    West Orange, NJ 07052-5404
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2018 23:50:03      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2018 23:50:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517681981      +EDI: CAPITALONE.COM Oct 05 2018 03:23:00      Capital One Bank,    PO Box 70884,
                 Charlotte, NC 28272-0884
517793176       E-mail/Text: bankruptcy.bnc@ditech.com Oct 04 2018 23:49:42      Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
517664388       EDI: FORD.COM Oct 05 2018 03:23:00      Ford Motor Credit Company LLC,    Dept  55953,
                 P O Box 55000,   Detroit  MI, 48255-0953
517659600      +EDI: FORD.COM Oct 05 2018 03:23:00      Ford Credit,   Box 220564,    Pittsburgh, PA 15257-2564
517681986      +EDI: IRS.COM Oct 05 2018 03:23:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517681989       EDI: PRA.COM Oct 05 2018 03:23:00      Portfolio Recovery Assoc,    120 Corporate Blvd, Suite 1,
                 Norfolk, VA 23502
517769248       EDI: PRA.COM Oct 05 2018 03:23:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
517681991      +EDI: VERIZONCOMB.COM Oct 05 2018 03:23:00      Verizon,    PO Box 650584,   Dallas, TX 75265-0584
517784786      +EDI: AIS.COM Oct 05 2018 03:23:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517681983*     +Ditech Financial. LLC,    3000 Bayport Drive, Suite 880,    Tampa, FL 33607-8409
517681985*     +Ford Credit,   Box 220564,    Pittsburgh, PA 15257-2564
517681987*     +KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Schwartzberg    on behalf of Debtor David A. Ruggiero michael@jerseylaws.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```